EVIDENCE.

---

LIVINGSTON *v.* ROGERS, 1 C. C. E. xxviii. 2 J. C. 488.

*Parol Evidence of Lost Instrument.*

IN this case the Supreme Court held, adhering to the ancient common law rule of evidence, that the mere *loss* of an instrument by the *agent* of a party, without *destruction proved,* did not authorize the admission of parol evidence of the contents; (the agent was called to prove the *loss* and *contents* of a power of attorney to himself.)

The Court of Errors however, *reversed* the judgment of the Supreme Court, and held that parol evidence of the con-

tents might be adduced, if the person to whom it was given, prove it to have been lost, and that he might give parol evidence of the contents.

Judgment of *reversal.*